IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS L. MAYS,
    Plaintiff,

vs.                                            Case No.: 3:08cv388/RV/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

## **ORDER**

      Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 3, 8).

      Upon review of the motion to proceed in forma pauperis (Doc. 3), the court notes that page two (2) of the motion is missing.  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion.  Plaintiff is advised that the court has received the required supporting documentation (i.e., the prisoner consent form and financial certificate and the trust fund account statements for six (6) months preceding the filing of the complaint) (*see* Doc. 8); therefore, Plaintiff does not need to resubmit those forms.

      Accordingly, it is **ORDERED**:

      1.    Plaintiff's motion to proceed in forma pauperis (Docs. 3, 8) is **DENIED** without prejudice.

      2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis approved for use in the Northern District.  This case number should be written on the motion.

      3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a <u>completed</u> motion to proceed in forma pauperis.

      4.    Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of October 2008.

> /s/ *Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **UNITED STATES MAGISTRATE JUDGE**