IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CURTIS L. MAYS,
      Plaintiff,

vs.                                      Case No. 3:08cv388/RV/EMT

WALTER A. McNEIL, et al.,
      Defendants.
_____/

### **ORDER**

This cause is before the court upon Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted (Doc. 12).

The court notes that Plaintiff's complaint is incomplete.  Specifically, Plaintiff failed to complete Section III.B on page four of the complaint form, which asks whether Plaintiff's complaint concerns events occurring within a county jail or detention center, and Sections IV.A and B on page five of the complaint form, which ask whether Plaintiff has initiated other actions in state or federal court dealing with the same or similar issues involved in this action.  Additionally, although Plaintiff marked "yes" in response to questions IV.C and D, regarding whether Plaintiff has initiated actions in either state or federal court that relate to the fact or manner of his incarceration (including habeas corpus petitions) or the conditions of his confinement (including civil rights complaints about any aspect of prison life), Plaintiff failed to list or describe the actions as required by the Local Rules.  Rule 5.1(J) of the Local Rules for the Northern District of Florida provides that pro se civil rights complaints shall not be considered by the court unless all pages on the appropriate form have been properly completed and filed by the litigant.  Therefore, Plaintiff must file an amended complaint.

To amend his complaint, Plaintiff should completely fill out a new civil rights complaint form, marking it "Amended Complaint."  Plaintiff is advised that the amended complaint must

contain all of Plaintiff's grounds for relief, and it should not in any way refer to the original complaint.  The amended complaint completely replaces all previous complaints, and, when an amended complaint is filed, all earlier complaints are disregarded.  Local Rule 15.1, Northern District of Florida.

Accordingly, it is **ORDERED**:

1.      The clerk of court shall send Plaintiff a form for use in Section 1983 cases, with this case number written on the form.

2.      Plaintiff shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and signed.

3.      Plaintiff's failure to comply with the foregoing instructions may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 9<u>th</u> day of February 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**