IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS L. MAYS,
  Plaintiff,

v.             Case No.: 3:08cv388/RV/EMT

WALTER A. McNEIL, et al.,
  Defendants.
_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 17, 2009 (Doc. 17).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

  Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  Plaintiff's motion for injunctive relief (Doc. 2) is **DENIED**.

  **DONE AND ORDERED** this 25th day of March, 2009.

           /s/ *Roger Vinson*
           **ROGER VINSON**
           **SENIOR UNITED STATES DISTRICT JUDGE**