IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS MAYS,
    Plaintiff,

vs.                                  Case No: 3:08cv388/RV/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 13, 2009 (Doc. 21).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 13th day of May, 2009.


                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**